UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CR. NO. 1:21-CR- 248 |
| v. : | |
| : | (JUDGE Conner   ) |
| **OMAR TOLLINCHI-TORRES,** : | |
| Defendant. : | |

### INDICTMENT

FILED
HARRISBURG, PA

SEP 0 1 2021

Per ___TBL___
Deputy Clerk

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. § 846
(Attempt to Possess
with Intent to Distribute Cocaine Hydrochloride)

On or about March 30, 2021, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**OMAR TOLLINCHI-TORRES,**

knowingly and intentionally attempted to commit the following offense against the United States: to knowingly and intentionally possess with the intent to distribute 500 grams and more of a mixture and substance containing cocaine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and

841(b)(1)(B)(ii)(II).

All in violation of Title 21, United States Code, Sections 846, and 841(b)(1)(B)(ii)(II).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 924(c)(1)(A)
(Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime)

On or about March 30, 2021, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**OMAR TOLLINCHI-TORRES,**

did knowingly use and carry a firearm, to wit: a Glock model 23 .40 caliber semiautomatic pistol, serial number: BDNS484, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: the attempted possession with the intent to distribute cocaine, a violation of Title 21, United States Code, Section 846.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

2

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE:

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Sections 924(c)(1)(A) as set forth in Counts 1 and 2 of this Indictment, the defendant,

**OMAR TOLLINCHI-TORRES,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses; any property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of, the offenses; and any firearms and ammunition involved in the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

    a.    a Glock model 23 .40 caliber semiautomatic pistol, serial number: BDNS484;

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

A TRUE BILL

BRUCE D. BRANDLER
Acting United States Attorney

FOREPERSON

*[signature]*

PAUL J. MIOVAS, JR.
Assistant United States Attorney

09/01/2021
Date